**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−24403−MBK | **DATE FILED::** 7/16/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Christopher DeRose<br>xxx−xx−6185 | ADDRESS OF DEBTOR(S):<br><br>2601 Jesse Way<br>Piscataway, NJ 08854−6409 |
| DEBTOR'S ATTORNEY:<br>Michael P. Otto<br>Law Office of Michael P. Otto, LLP.<br>1030 Stelton Road<br>Suite 102<br>Piscataway, NJ 08854<br><br>(732) 819−7000 | TRUSTEE:<br>John W. Hargrave<br>Law Offices of John W. Hargrave<br>117 Clements Bridge Road<br>Barrington, NJ 08007<br>(856) 547−6500 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/26/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 29, 2018

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:
Christopher DeRose
    Debtor

Case No. 17-24403-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 29, 2018
                          Form ID: noa     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
```
db              Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ 08854-6409
cr              Commons at Piscataway Condominium Association, Inc,   c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ 08903-1111
516945477      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,    P. O. Box 65507,
                 Wilmington, DE 19808-0507)
516945473       Commons at Piscataway Condo Assoc.,    c/o McGovern Legal Services, LLC,    P. O. Box 1111,
                 New Brunswick, NJ 08903-1111
516945479      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516945480      +N.J. E-Z Pass,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
516945481      +The Commons at Piscataway Condo Assn,    Change Bridge Road,    P. O. Box 644,
                 Pine Brook, NJ 07058-0644
516945482      +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive,    Suite 550,
                 Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2018 23:51:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2018 23:51:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516945474       EDI: RCSFNBMARIN.COM Jan 29 2018 23:28:00      Credit One Bank,    P. O. Box 60500,
                 City of Industry, CA 91716-0500
516945475       EDI: DISCOVER.COM Jan 29 2018 23:28:00      Discover,    P.O. Box 15316,    Wilmington, DE 19850
516945476       E-mail/Text: bankruptcy.bnc@ditech.com Jan 29 2018 23:51:03     Ditech,    P. O. Box 6154,
                 Rapid City, SD 57709-6154
516945478       EDI: JEFFERSONCAP.COM Jan 29 2018 23:23:00      Jefferson Capital, LLC,    16 McLeland Road,
                 Saint Cloud, MN 56303
516947039      +EDI: RMSC.COM Jan 29 2018 23:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
```
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com, jwh@trustesolutions.net
              Marlena S. Diaz-Cobo    on behalf of Creditor   Commons at Piscataway Condominium Association,
               Inc. mdiaz-Cobo@theassociationlawyers.com
              Michael P. Otto    on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```