**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel Reinganum
McDowell Law, P.C.
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544
DanR@McDowellLegal.com

**Order Filed on February 16, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Christopher DeRose

Case No.: 17-24403-MBK

Judge: Kaplan

Chapter: 7

Recommended Local Form:  ☑ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF Daniel Reinganum, Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 16, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Case 17-24403-MBK    Doc 24    Filed 02/18/18    Entered 02/19/18 00:39:11    Desc Imaged
Certificate of Notice    Page 1 of 4

In re: Chrsitopher DeRose

Case No.: 17-24403-MBK

Applicant: John W. Hargrave

(check all that apply) ☑ Trustee: ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Daniel Reinganum, Esq.

Address of Professional: McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanR@McDowellLegal.cor

☑ Attorney for (check all that apply):

☑ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Christopher DeRose
    Debtor

Case No. 17-24403-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 16, 2018
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
db         Christopher DeRose,   2601 Jesse Way,   Piscataway, NJ  08854-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
        Daniel L Reinganum   on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com, kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;r62202@notify.bestcase.com
        John W. Hargrave   on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net
        John W. Hargrave   trustee@hargravelaw.com, jwh@trustesolutions.net
        Marlena S. Diaz-Cobo   on behalf of Creditor   Commons at Piscataway Condominium Association, Inc. mdiaz-Cobo@theassociationlawyers.com
        Michael P. Otto   on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
        Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 7