Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−24403−MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher DeRose
   2601 Jesse Way
   Piscataway, NJ 08854−6409

Social Security No.:
   xxx−xx−6185

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        5/17/18
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel Reinganum, Attorney for Debtor

COMMISSION OR FEES
$4370.00

EXPENSES
$432.14

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 5, 2018
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24403-MBK
Christopher DeRose                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 05, 2018
                              Form ID: 137             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.
```
db              Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ 08854-6409
acc            +Barry R. Sharer,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,   Suite 105B,
                 Voorhees, NJ 08043-4376
cr              Commons at Piscataway Condominium Association, Inc,    c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ 08903-1111
516945477     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Honda Financial Services,    P. O. Box 65507,
                 Wilmington, DE 19808-0507)
517395706      +Commons at Piscataway Cond Assoc,    Att: McGovern Legal Services,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
516945473       Commons at Piscataway Condo Assoc.,    c/o McGovern Legal Services, LLC,    P. O. Box 1111,
                 New Brunswick, NJ 08903-1111
516945479      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516945480      +N.J. E-Z Pass,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
516945481      +The Commons at Piscataway Condo Assn,    Change Bridge Road,    P. O. Box 644,
                 Pine Brook, NJ 07058-0644
516945482      +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive,   Suite 550,
                 Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516945474       E-mail/PDF: creditonebknotifications@resurgent.com Apr 05 2018 23:26:36     Credit One Bank,
                 P. O. Box 60500,    City of Industry, CA 91716-0500
516945475       E-mail/Text: mrdiscen@discover.com Apr 05 2018 23:27:24     Discover,   P.O. Box 15316,
                 Wilmington, DE 19850
516945476       E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2018 23:27:54     Ditech,   P. O. Box 6154,
                 Rapid City, SD 57709-6154
516945478       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 05 2018 23:28:27     Jefferson Capital, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
516947039      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 23:26:24     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517407736      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2018 23:31:58     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516945482      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 05 2018 23:27:17
                 Verizon Wireless,    Bankruptcy Administration,   500 Technology Drive,   Suite 550,
                 Saint Charles, MO 63304-2225
                                                                                             TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2018
                              Form ID: 137             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:

        Daniel L Reinganum   on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com, kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com

        Daniel L Reinganum   on behalf of Debtor Christopher  DeRose DanR@McDowellLegal.com, kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com

        John W. Hargrave   on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net

        John W. Hargrave   trustee@hargravelaw.com, jwh@trustesolutions.net

        Marlena S. Diaz-Cobo   on behalf of Creditor   Commons at Piscataway Condominium Association, Inc. mdiaz-Cobo@theassociationlawyers.com

        Michael P. Otto   on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com

        Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8