**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanR@McDowellLegal.com
Attorneys for John W. Hargrave, Chapter 7 Trustee

In Re:

Christopher DeRose

Order Filed on April 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-24403-MBK

Chapter:    7

Judge:    Kaplan

## ORDER AUTHORIZING RETENTION OF

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Sharer Petree Brotz & Snyder

as  Accountants for the Trustee , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  1103 Laurel Oak Road
   Suite 105B
   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher DeRose  
    Debtor

Case No. 17-24403-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 12, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.  
db          Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ    08854-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:

           Daniel L Reinganum     on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com, kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com  
           Daniel L Reinganum     on behalf of Debtor Christopher  DeRose DanR@McDowellLegal.com, kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com  
           John W. Hargrave     on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net  
           John W. Hargrave     trustee@hargravelaw.com,    jwh@trustesolutions.net  
           Marlena S. Diaz-Cobo     on behalf of Creditor    Commons at Piscataway Condominium Association, Inc. mdiaz-Cobo@theassociationlawyers.com  
           Michael P. Otto     on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com  
           Rebecca Ann Solarz     on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                          TOTAL: 8