| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Daniel L. Reinganum, Esq.<br>McDowell Law, PC<br>46 W. Main Street<br>Maple Shade, NJ 08052<br>856-482-5544<br>DanielR@McDowellLegal.com | Order Filed on May 24, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Christpher DeRose

Case No.:     17-24403-MBK

Hearing Date: _____

Judge:     Kaplan

Chapter:     7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDowell Law, PC | $4,370 | $432.14 |

*rev.8/1/15*