| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Daniel L. Reinganum, Esq.<br>McDowell Law, PC<br>46 W. Main Street<br>Maple Shade, NJ 08052<br>856-482-5544<br>DanielR@McDowellLegal.com | |

**Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re:<br><br>Christpher DeRose | Case No.: | 17-24403-MBK |
| | Hearing Date: | |
| | Judge: | Kaplan |
| | Chapter: | 7 |

### ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDowell Law, PC | $4,370 | $432.14 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Christopher DeRose
    Debtor

Case No. 17-24403-MBK
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: May 24, 2018 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.
db        Christopher DeRose,   2601 Jesse Way,   Piscataway, NJ 08854-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:
        Daniel L Reinganum   on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com,
         kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com
        Daniel L Reinganum   on behalf of Debtor Christopher  DeRose DanR@McDowellLegal.com,
         kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com
        John W. Hargrave   on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
         jwh@trustesolutions.net
        John W. Hargrave    trustee@hargravelaw.com,   jwh@trustesolutions.net
        Marlena S. Diaz-Cobo   on behalf of Creditor   Commons at Piscataway Condominium Association,
         Inc. mdiaz-Cobo@theassociationlawyers.com
        Michael P. Otto   on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
        Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 8