UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
Tiffany L. Byczkowski, Esq.
tbyczkowski@theassociationlawyers.com
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Attorneys for The Commons at Piscataway

In Re:

CHRISTOPHER DEROSE

| | |
|---|---|
| Case No.: | 17-24403 |
| Hearing Date: | July 9, 2018 |
| Judge: | MBK |
| Chapter: | 7 |

Order Filed on July 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    ☐ Followed    ☑ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: July 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  The Commons at Piscataway Condominium Association, Inc , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑    Real property more fully described as:

2601 Jesse Way
Piscataway, New Jersey 08854

☑    ~~Personal property more fully described as:~~
The Association may suspend membership rights and privileges

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-24403-MBK
Christopher DeRose                                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 09, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db               Christopher DeRose,   2601 Jesse Way,   Piscataway, NJ  08854-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
          Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com,
           kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
           om;mfunk@mcdowelllegal.com
          Daniel L Reinganum    on behalf of Debtor Christopher  DeRose DanR@McDowellLegal.com,
           kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
           om;mfunk@mcdowelllegal.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com,   jwh@trustesolutions.net
          Marlena S. Diaz-Cobo   on behalf of Creditor    Commons at Piscataway Condominium Association,
           Inc. collections@theassociationlawyers.com
          Michael P. Otto    on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          Tiffany L Byczkowski   on behalf of Creditor    Commons at Piscataway Condominium Association,
           Inc. tbyczkowski@theassociationlawyers.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 9