Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–24403–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher DeRose
   2601 Jesse Way
   Piscataway, NJ 08854–6409

Social Security No.:
   xxx–xx–6185

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     4/4/19
Time:     10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder

COMMISSION OR FEES
$2506.00

EXPENSES
$14.65

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 13, 2019
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-24403-MBK
Christopher DeRose                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 13, 2019
                              Form ID: 137             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db             Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ 08854-6409
acc           +Barry R. Sharer,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,
                Voorhees, NJ 08043-4376
cr             Commons at Piscataway Condominium Association, Inc,    c/o McGovern Legal Services, LLC,
                PO Box 1111,    New Brunswick, NJ 08903-1111
516945477    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Honda Financial Services,     P. O. Box 65507,
                Wilmington, DE 19808-0507)
517395706    +Commons at Piscataway Cond Assoc,    Att: McGovern Legal Services,    850 Carolier Lane,
                North Brunswick, NJ 08902-3312
516945473     Commons at Piscataway Condo Assoc.,    c/o McGovern Legal Services, LLC,    P. O. Box 1111,
                New Brunswick, NJ 08903-1111
516945479    +KML Law Group, P.C.,     216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516945480    +N.J. E-Z Pass,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
516945481    +The Commons at Piscataway Condo Assn,    Change Bridge Road,    P. O. Box 644,
                Pine Brook, NJ 07058-0644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2019 23:57:42     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2019 23:57:38     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517476091     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2019 00:03:52
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516945474     E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2019 00:04:45     Credit One Bank,
                P. O. Box 60500,    City of Industry, CA 91716-0500
516945475     E-mail/Text: mrdiscen@discover.com Mar 13 2019 23:56:40     Discover,    P.O. Box 15316,
                Wilmington, DE 19850
516945476     E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2019 23:57:12     Ditech,    P. O. Box 6154,
                Rapid City, SD 57709-6154
516945478     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2019 23:57:56     Jefferson Capital, LLC,
                16 McLeland Road,    Saint Cloud, MN 56303
516947039    +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:04:25     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517407736    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2019 00:04:05     Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516945482    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 13 2019 23:56:28
                Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive,    Suite 550,
                Saint Charles, MO 63304-2225
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin                    Page 2 of 2                 Date Rcvd: Mar 13, 2019
                               Form ID: 137                   Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:

```
              Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Daniel L Reinganum    on behalf of Debtor Christopher  DeRose DanR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,   jwh@trustesolutions.net
              Marlena S. Diaz-Cobo    on behalf of Creditor   Commons at Piscataway Condominium Association,
               Inc. collections@theassociationlawyers.com
              Michael P. Otto    on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Tiffany L Byczkowski    on behalf of Creditor   Commons at Piscataway Condominium Association,
               Inc. tbyczkowski@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```