| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | Order Filed on April 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>**CHRISTOPHER DE ROSE** | Case No.: **17-24403**<br><br>Chapter 7<br><br>Hearing Date: **04/04/19 @ 10:00AM**<br><br>Judge: **Michael B. Kaplan** |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: April 4, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor: **CHRISTOPHER DE ROSE**

Case No.: 17-24403

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $2,506.00 |
| EXPENSES | $    14.65 |
| TOTAL: | $2,520.65 |

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher DeRose  
    Debtor

Case No. 17-24403-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 04, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.  
db          Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ    08854-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:  
         Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com,
   BSharer@SharerPBS.com;nj83@ecfcbis.com  
         Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanR@McDowellLegal.com,
   kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
         Daniel L Reinganum    on behalf of Debtor Christopher  DeRose DanR@McDowellLegal.com,
   kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
         John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
   jwh@trustesolutions.net  
         John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net  
         Marlena S. Diaz-Cobo    on behalf of Creditor   Commons at Piscataway Condominium Association,
   Inc. collections@theassociationlawyers.com  
         Michael P. Otto    on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com  
         Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
         Tiffany L Byczkowski    on behalf of Creditor   Commons at Piscataway Condominium Association,
   Inc. tbyczkowski@theassociationlawyers.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 10