Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–24403–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher DeRose
   2601 Jesse Way
   Piscataway, NJ 08854–6409

Social Security No.:
   xxx–xx–6185

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:        March 18, 2020
TIME:        02:30 PM
LOCATION:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $42,250.46
TOTAL DISBURSEMENTS:     $7,650.50
BALANCE ON HAND:         $34,599.96

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
John Hargrave, Trustee

COMMISSION OR FEES
$3333.19

EXPENSES
$60.00

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: February 6, 2020
JAN: wdr

                                                                        Jeanne Naughton
                                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-24403-KCF
Christopher DeRose                                             Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 06, 2020
                              Form ID: 192             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             #Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ  08854-6409
acc            +Barry R. Sharer,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,
                 Voorhees, NJ 08043-4376
cr              Commons at Piscataway Condominium Association, Inc,    c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ  08903-1111
516945477      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  Honda Financial Services,    P. O. Box 65507,
                 Wilmington, DE 19808-0507)
517395706      +Commons at Piscataway Cond Assoc,    Att: McGovern Legal Services,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
516945473       Commons at Piscataway Condo Assoc.,    c/o McGovern Legal Services, LLC,    P. O. Box 1111,
                 New Brunswick, NJ  08903-1111
516945479      +KML Law Group, P.C.,     216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516945480      +N.J. E-Z Pass,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
516945481      +The Commons at Piscataway Condo Assn,    Change Bridge Road,    P. O. Box 644,
                 Pine Brook, NJ 07058-0644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517476091       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 01:13:44
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516945474       E-mail/PDF: creditonebknotifications@resurgent.com Feb 07 2020 01:12:30     Credit One Bank,
                 P. O. Box 60500,    City of Industry, CA 91716-0500
516945475       E-mail/Text: mrdiscen@discover.com Feb 07 2020 01:09:20     Discover,   P.O. Box 15316,
                 Wilmington, DE 19850
516945476       E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 01:09:57     Ditech,   P. O. Box 6154,
                 Rapid City, SD 57709-6154
516945478       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 07 2020 01:10:49     Jefferson Capital, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
516947039      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 01:14:22     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517407736      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2020 01:14:54     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516945482      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 07 2020 01:08:36
                 Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive,    Suite 550,
                 Saint Charles, MO 63304-2225
                                                                                                TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2            Date Rcvd: Feb 06, 2020
                              Form ID: 192                Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Daniel L Reinganum    on behalf of Debtor Christopher  DeRose DanielR@McDowellLegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,  jwh@trustesolutions.net
              Marlena S. Diaz-Cobo    on behalf of Creditor   Commons at Piscataway Condominium Association,
               Inc. collections@theassociationlawyers.com
              Michael P. Otto    on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Tiffany L Byczkowski    on behalf of Creditor   Commons at Piscataway Condominium Association,
               Inc. tbyczkowski@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```