UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTOPHER DEROSE

Debtor.

Case No. 17-24403

Chapter 7

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _26_ day of ___March_____, 2020, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED,** that the sum of $3,333.19 is reasonable compensation for the services rendered in this case by JOHN W. HARGRAVE, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $60.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: March 26, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge