

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

In Re:

CHRISTOPHER DEROSE

Debtor.

Case No. 17-24403

Chapter 7

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _26_ day of ___March_____, 2020, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED,** that the sum of $3,333.19 is reasonable compensation for the services rendered in this case by JOHN W. HARGRAVE, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $60.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: March 26, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher DeRose  
    Debtor

Case No. 17-24403-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                 Page 1 of 1                   Date Rcvd: Mar 26, 2020
                        Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
db             #Christopher DeRose,    2601 Jesse Way,    Piscataway, NJ  08854-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
      Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
      Daniel L Reinganum    on behalf of Trustee John W. Hargrave DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
      Daniel L Reinganum    on behalf of Debtor Christopher  DeRose DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
      John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net
      John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
      Marlena S. Diaz-Cobo    on behalf of Creditor    Commons at Piscataway Condominium Association, Inc. collections@theassociationlawyers.com
      Michael P. Otto    on behalf of Debtor Christopher  DeRose motto@ottolawoffice.com
      Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
      Tiffany L Byczkowski    on behalf of Creditor    Commons at Piscataway Condominium Association, Inc. tbyczkowski@theassociationlawyers.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10